

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-16-00215-CR**

PAUL L. HARRIS                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1436006R

----------

## MEMORANDUM OPINION[1]

----------

On April 25, 2016, as part of a plea bargain agreement, Appellant Paul L. Harris pleaded guilty to indecency with a child by contact. *See* Tex. Pen. Code Ann. § 21.11(a)(1) (West 2011). In accordance with the agreement, the trial court sentenced him to eight years' confinement, and it certified that he had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

On May 25, 2016, Harris filed a pro se notice of appeal in the trial court. *See* Tex. R. App. P. 25.2(c). On July 19, 2016, we notified Harris and his trial

---

[1]*See* Tex. R. App. P. 47.4.

counsel that we had received a copy of Harris's pro se notice of appeal, that the trial court had certified that Harris had no right to appeal, and that we would dismiss the appeal unless Harris or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal no later than July 29, 2016. *See* Tex. R. App. P. 25.2(d), 44.3.

On July 27, 2016, Harris's wife contacted us by telephone and stated that Harris would be filing a request to extend the July 29, 2016 deadline we set in our notice. However, he has not done so. Nor has he filed a response in accordance with our July 19, 2016 notice. The record does not show that Harris's sentences exceeded the State's recommendations, that Harris desires to appeal a matter that was raised by written motion filed and ruled on before trial, or that the trial court granted Harris permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). Thus, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL:  LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 18, 2016

2